UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSEF VOLMAN,                                                          :
:
                Plaintiff,                      :
:      22 Civ. 399 (JPC)
     -v-                                                              :
:      ORDER
WMW RESTAURANT GROUP, LLC, et al.,                                     :
:
                Defendants.                     :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On July 14, 2022, the Court ordered the parties to file dismissal papers or, in the alternative, a status letter by August 15, 2022. Dkt. 18. August 15, 2022, has now passed, and the parties have filed neither dismissal papers nor a status letter. Accordingly, it is hereby ORDERED that by September 7, 2022, the parties shall submit a status letter informing the Court as to the present state of the parties' settlement negotiations.

      SO ORDERED.

Dated: August 31, 2022
       New York, New York
                                           JOHN P. CRONAN
                                           United States District Judge