```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEF VOLMAN,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :       22 Civ. 399 (JPC)
             -v-                                                       :
                                                                       :             ORDER
WMW RESTAURANT GROUP, LLC and 630 TENTH                                :
AVENUE LLC,                                                            :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 14, 2022, a Joint Stipulation of Dismissal With Prejudice was filed in this case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 20. Although the Joint Stipulation purported to be submitted by Plaintiff and both Defendants, it bore signatures only on behalf of Plaintiff and of Defendant WMW Restaurant Group, LLC, not on behalf of Defendant 630 Tenth Avenue LLC. On September 16, 2022, the Court issued a memo endorsement reminding the parties that Rule 41(a)(1)(A)(ii) requires a stipulation of dismissal to be "signed by all parties who have appeared," and instructing them to file a stipulation also bearing a signature on behalf of Defendant WMW Restaurant Group, LLC, should they wish to dismiss the case. Dkt. 21. No correctly executed stipulation of dismissal was subsequently filed, however. Unless by October 24, 2022 a correctly executed stipulation is filed dismissing this case with respect to all parties, by that date the parties shall file a status letter informing the Court of the details of any settlement or other resolution that may have occurred in this case.

SO ORDERED.

Dated: October 19, 2022
       New York, New York                            _____
                                                          JOHN P. CRONAN
                                                          United States District Judge